JS-6



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| RAYMOND TORRES, et al. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV 05-04171-RGK (FMOx) |
| CITY OF LOS ANGELES, et al. DEFENDANT(S). | JUDGMENT ON THE VERDICT FOR DEFENDANT(S) |

This action having been tried before the Court sitting with a jury, the Honorable <u>R. GARY KLAUSNER</u>, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

RAYMOND TORRES AND MARIA ELVA AMADOR-TORRES

take nothing; that the action be dismissed on the merits; and that the defendant(s):

CITY OF LOS ANGELES, BRAD ROBERTS, STEVE PARK, FOSTER RAINS

recover of the plaintiff(s) its costs of action, taxed in a sum of to be determined upon the filing of a properly noticed bill of costs.

Clerk, U. S. District Court

Dated: 11/6/09

By S. English
Deputy Clerk

At: Los Angeles

cc: Counsel of record